**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ROBERT MARSHALL<br>v.<br>UHS of HARTGROVE, INC.,<br>d/b/a HARTGROVE HOSPITAL | Case Number:<br>**FILED: JULY 3, 2008**<br>**08CV3824**<br>**JUDGE LEFKOW**<br>**MAGISTRATE JUDGE COX**<br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, ROBERT MARSHALL

| |
|---|
| NAME (Type or print)<br>John P. Madden |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ JOHN P. MADDEN |
| FIRM<br>O'Malley & Madden, P.C. |
| STREET ADDRESS<br>542 S. Dearborn Street, Suite 660 |
| CITY/STATE/ZIP<br>Chicago, IL  60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6243400 | TELEPHONE NUMBER<br>(312) 697-1382 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐